ASCHINGER ELECTRIC COMPANY,
Respondent,

v.

KEYSTONE DEVELOPMENT,
INC., Respondent,

and

Hillvale, Inc. and Rexford H.
Caruthers, Appellants.

No. 66533.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 20, 1995.

Rexford H. Caruthers, St. Louis, pro se.

Leonard Komen, Clayton, for respondent Aschinger Elec. Co.

Brian E. McGovern, Chesterfield, for respondent Keystone Development, Inc.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

### ORDER

PER CURIAM.

Appellants, Hillvale, Inc. and Rexford H. Caruthers, appeal the trial court's judgment in this court-tried action involving payment for certain improvements to a building. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears and no jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 84.16(b).